UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE

<u>Nancy Pratt</u>

    v.
                                          Case No. 19-cv-834-SM

<u>Kingstown, NH, Town of</u>
<u>and Fred Smith</u>


                              ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 14, 2019, for the reasons stated therein.

    The clerk of court shall enter judgment and close the case.

    **So Ordered.**


                                                              _____
                                                               Steven J. McAuliffe
                                                                United States District Judge

Date: December 4, 2019

cc:   Nancy Pratt, pro se
      Robert Joseph Dietel, Esq.
      Erin Shane Bucksbaum, Esq.
      Michael P. Johnson, Esq.